IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-56-GF-BMM |
| Plaintiff, | ORDER |
| vs. | |
| WILLIAM THOMAS DUNLAP, | |
| Defendant. | |

Before the Court is the Government's motion to dismiss the indictment (Doc. 2), without prejudice.

IT IS ORDERED that the motion is GRANTED.   The indictment in this case (Doc. 2) is DISMISSED without prejudice.

DATED this 4th day of May 2026.

_____
Brian Morris, Chief District Judge
United States District Courts